**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

GABRIEL RAY CANTU,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 1:26-cv-00489 KES EPG

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THE DECISION OF THE COMMISIONER OF SOCIAL SECURITY BE REVERSED IN PART

ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF

Doc. 15

Gabriel Ray Cantu seeks judicial review of an unfavorable decision by the Commissioner of the Social Security Administration regarding her application for disability insurance and supplemental security income benefits. Docs. 1, 15. The magistrate judge found the ALJ provided legally sufficient reasons to not fully credit Plaintiff's subjective complaints. Doc. 15 at 7. But the magistrate judge concluded that the ALJ failed to properly evaluate the medical opinions at issue. *Id.* at 13.

On June 17, 2026, the Court served the findings and recommendations on the parties and notified them that any objections were due within 14 days. Doc. 15 at 14-15. The Court advised the parties that the "failure to file objections within the specified time may result in the waiver of rights on appeal." *Id.* at 19 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014). No party filed objections and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court reviewed this matter de novo. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. The Court ORDERS:

1. The findings and recommendations dated June 17, 2026 (Doc. 15) are ADOPTED in full.

3. The decision of the Commissioner of the Social Security Administration is REVERSED IN PART. Specifically, this matter is remanded so that the ALJ may further evaluate the opinions of Doctors Curiel, Lee, Simpkins, and Matin, specifically considering their supportability and consistency.

5. The Clerk of Court is directed to terminate pending motions; to enter judgment in favor of the Plaintiff, and to close this case.

IT IS SO ORDERED.

Dated: July 27, 2026

UNITED STATES DISTRICT JUDGE